UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHIRLEY DOUGLAS,

          Petitioner,

v.

UNITED STATES OF AMERICA,

          Respondent.
_____/

Civil Case Number 21-11589
Criminal Case Number 16-20436
Honorable David M. Lawson

## JUDGMENT

In accordance with the opinion and order entered on this date, it is **ORDERED AND ADJUDGED** that the petitioner's motion to vacate her conviction and sentence is **DENIED WITH PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: July 26, 2024